UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16-cv-288-FDW

| | | |
|---|---|---|
| GERALD WHITESIDE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| SUSAN WHITE, | ) | |
| WILLIAM REED, | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the Court on Plaintiff's Motion for an Order Compelling Discovery, (Doc. No. 19), filed on April 17, 2017.

Plaintiff's motion is denied for the reasons stated in Defendant's response filed on April 28, 2017. (Doc. Nos. 20, 21). That is, Defendant states that he has now fully complied in responding to Plaintiff's discovery requests.

**IT IS, THEREFORE, ORDERED** that Plaintiff's Motion for an Order Compelling Discovery, (Doc. No. 19), is **DENIED**.

Signed: May 18, 2017

Frank D. Whitney
Chief United States District Judge

1