# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| GERALD WHITESIDE, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:16-cv-00288-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| SUSAN WHITE, | ) | |
| WILLIAM REED, | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 14, 2018 Order.

February 14, 2018

_____
Frank G. Johns, Clerk
United States District Court